IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHY WRIGHT,

    Plaintiff,                             No. Civ. S-03-0084-DFL-DAD

    v.                                        O R D E R

HEWLETT-PACKARD COMPANY
INCOME PROTECTION PLAN,

    Defendant.
_____/

    In accordance with the direction of the Court of Appeals, this matter is remanded to Voluntary Plan Administration, Inc. for application of the correct definition of the mental illness exception.

    IT IS SO ORDERED.

Dated: 11/15/2006

_____
DAVID F. LEVI
United States District Judge

1